IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02571-WDM-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

JAMES GLAZA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Pro Se Defendant's Request for Expidited [sic] Ruling and Motion for Clarification (docket no. 12) is GRANTED as follows. District Judge Walker Miller has entered a written Order Granting Plaintiff SEC's Motion for Judgment on the Pleadings (docket no. 10). Accordingly, there is no need for the Pro Se Defendant to provide to Plaintiff SEC any Fed. R. Civ. P. 26(a)(1) disclosures.

It is FURTHER ORDERED that the Settlement Conference set on June 6, 2006, at 3:00 p.m. and the Final Pretrial Conference set on August 8, 2006, at 8:30 a.m. are VACATED based upon the judgment entered by District Judge Walker Miller. See docket no. 10.

Date:  March 21, 2006